**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FARAH NAZ,

        *Plaintiff,*

   v.

JENNIFER M. GRANHOLM,
Secretary of Energy

        *Defendant.*

No. 22-cv-1730 (DLF)

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is

**ORDERED** that the defendant's Motion to Dismiss or, In The Alternative, For Summary

Judgment, Dkt. 16, is **GRANTED**. It is further

**ORDERED** that the plaintiff's Motion for Order, Dkt. 24, is denied as moot.

**SO ORDERED.**

                                      _____
                                      DABNEY L. FRIEDRICH

September 30, 2023                         United States District Judge